UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE on Behalf of Himself and
Others Similarly Situated,
    Plaintiff,

    v.                                          Civil Action No. 1:24-cv-11175-IT

YARDI SYSTEMS, INC., RENTGROW, INC.,
Defendants.

## NOTICE OF
## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

    The Court having been advised on 5/23/2024, that the above-entitled action has been settled:

    IT IS ORDERED that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within FORTY-FIVE (45) days if settlement is not consummated.

**By the Court,**

**Dated:  May 28, 2024**                                                             /s/Gail A. Marchione,
                                                                                     **Courtroom Deputy Clerk**