IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE on Behalf of Himself and Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>YARDI SYSTEMS, INC., RENTGROW, INC., and CLEARA, LLC.<br><br>   Defendants. | Civil Action No.: 1:24-cv-11175-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS YARDI SYSTEMS, INC. AND RENTGROW, INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff John Doe and Defendants Yardi Systems, Inc., ("Yardi"), and RentGrow, Inc., ("RentGrow"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendants Yardi and RentGrow. There are no remaining defendants in this matter.

Respectfully submitted this 5th day of July 2024,

              *By: /s/ Nicola Yousif*
              Nicola S. Yousif, MA No. 679545
              Shield Law, LLC
              157 Belmont Street
              Brockton, MA 02301
              T: (508) 588-7300
              E: nick@shieldlaw.com
              *Attorney for Plaintiff,*
              *John Doe*

              */s/ Timothy J. St. George*
              Timothy J. St. George
              *Admitted pro hac vice*
              Troutman Pepper Hamilton Sanders LLP
              Va 1001 Haxall Point Richmond
              Richmond, VA 23219

804-697-1254
Email: timothy.st.george@troutman.com

Ronald I. Raether
*Admitted pro hac vice*
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Ste. 1400
Irvine, CA 92614
(949) 622-2722
Email: ron.raether@troutman.com

Jaclyn M. Essinger, Esq. (MA BBO #679695)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 443-3711
Facsimile: (617) 204-5150
E-mail: jaclyn.essinger@troutman.com

*Attorney for Defendants ,*
*Yardi Systems, Inc. and RentGrow, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on July 5, 2024

*/s/ Roxanne Harris*