# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE on Behalf of Himself and Others Similarly Situated,

        Plaintiff,

v.

YARDI SYSTEMS, INC., RENTGROW, INC., and CLEARA, LLC.

        Defendants.

Civil Action No.: 1:24-cv-11175-IT

## [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS YARDI SYSTEMS, INC. AND RENTGROW, INC.

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendants Yardi Systems, Inc. ("Yardi") and RentGrow, Inc. ("RentGrow"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice as to Defendants Yardi and RentGrow.

**IT IS SO ORDERED.**

Dated: July 15, 2024

_____
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

1